UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KEITH YAMAGUCHI, | Case No.: 3:18-cv-00173-LRH-CBC |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE RESPONSE TO DEFENDANT'S MOTION IN LIMINE TO EXCLUDE (1) TESTIMONY FROM ANY WITNESSES UNLOCATABLE DURING DISCOVERY AND (2) THE DECLARATION OF JAMES T. MARQUARD** |
| ATLANTIS CASINO RESORT, and DOES I-X, | |
| Defendants. | |

Plaintiff KEITH YAMAGUCHI, and Defendant ATLANTIS CASINO RESORT, by and through their undersigned counsels of record, hereby stipulate and respectfully request an Order granting the Stipulation to extend the deadline to file the Response to Defendant's Motion in Limine to exclude (1) testimony from any witnesses unlocatable during discovery and (2) the Declaration of James T. Marquard from February 13, 2019 to February 27, 2019.

//
//
//
//
//

This Stipulation is based on the fact that Plaintiff located Mr. Marquard today and Defendant is determining whether that could make a portion of its motion moot.

DATED this 13th day of February, 2019.
MARK MAUSERT LAW OFFICE

  /s/ Mark Mausert
MARK MAUSERT
CODY OLDHAM
729 Evans Avenue
Reno, Nevada 89512

Attorneys for Plaintiff

DATED this 13th day of February, 2019.
ROBISON SHARP SULLIVAN & BRUST

  /s/ Clayton Brust
CLAYTON BRUST
LINDSAY LIDDELL
71 Washington Street
Reno, Nevada 89503

Attorneys for Defendant

IT IS SO ORDERED, *nunc pro tunc*.

DATED this 14th day of February, 2019.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE