UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KEITH YAMAGUCHI,<br><br>         Plaintiff,<br><br>vs.<br><br>ATLANTIS CASINO RESORT and DOES I-X,<br><br>         Defendants. | Case No. 3:18-cv-00173-LRH-CBC<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO RESPOND AND REPLY TO MOTION FOR SUMMARY JUDGMENT**<br>**(First Request)** |

Pursuant to Local Rule IA 6-1, Plaintiff KEITH YAMAGUCHI, and Defendant ATLANTIS CASINO RESORT by and through their undersigned counsels of record, hereby stipulate and respectfully request an Order granting the Stipulation to extend the following:

1. Deadline for Plaintiff to file an opposition to Defendant's Motion for Summary Judgment (ECF No. 22) from February 19, 2019 to March 5, 2019.

//

//

2. Deadline for Defendant to file a reply to the opposition to Defendant's Motion for Summary Judgment (ECF No. 22) from March 19, 2019 to April 2, 2019.

The parties request this extension due to counsels' heavy work load. This represents the parties' first request to extend the deadlines for briefing the Motion Summary Judgment (ECF No. 22).

| | |
|---|---|
| Dated: February 18, 2019. | Dated: February 18, 2019. |
| LAW OFFICE OF MARK MAUSERT | ROBISON SHARP SULLIVAN & BRUST |
| /s/ Mark Mausert | /s/ Clay Brust |
| MARK MAUSERT | CLAYTON P. BRUST |
| CODY OLDHAM | LINDSAY L. LIDDELL |
| Attorneys for Plaintiff | Attorneys for Defendant |

IT IS SO ORDERED.

DATED this 19th day of February, 2019.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE