```
____ FILED            ____ RECEIVED
____ ENTERED          ____ SERVED ON
                  COUNSEL/PARTIES OF RECORD

         FEB 27 2019

      CLERK US DISTRICT COURT
        DISTRICT OF NEVADA
BY: _____ DEPUTY
```

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

KEITH YAMAGUCHI,

    Plaintiff,

vs.

ATLANTIS CASINO RESORT, and DOES I-X,

    Defendants.

CASE NO.: 3:18-cv-00173-LRH-CBC

_____/

## ORDER GRANTING EX PARTE MOTION TO WITHDRAW AS CO-COUNSEL OF RECORD AND REMOVE NAME FROM CM/ECF SERVICE LIST AND MASTER MAILING MATRIX

The Court having reviewed the Ex Parte Motion to Withdraw as Co-Counsel of Record and Remove Name from CM/ECF Service List and Master Mailing Matrix filed by Lindsay L. Liddell, Esq., and good cause appearing,

IT IS HEREBY ORDERED that Lindsay L. Liddell, Esq., is permitted to withdraw as co-counsel of record on behalf of Defendant Atlantis Casino Resort; and

IT IS FURTHER ORDERED that the Clerk will remove Lindsay L. Liddell's name from the CM/ECF service list and master mailing matrix in the above-captioned case.

IT IS SO ORDERED.

DATED this 27th day of February, 2019.

_____
United States Magistrate Judge