UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KEITH YAMAGUCHI,<br><br>    Plaintiff,<br><br>vs.<br><br>ATLANTIS CASINO RESORT and DOES I-X,<br><br>    Defendants. | Case No. 3:18-cv-00173-LRH-CBC<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO RESPOND AND REPLY TO MOTION FOR SUMMARY JUDGMENT (Second Request)** |

  Pursuant to Local Rule IA 6-1, Plaintiff KEITH YAMAGUCHI, and Defendant ATLANTIS CASINO RESORT by and through their undersigned counsels of record, hereby stipulate and respectfully request an Order granting the Stipulation to extend the following:

1. Deadline for Plaintiff to file an opposition to Defendant's Motion for Summary Judgment (ECF No. 22) from March 5, 2019 to March 12, 2019.

//

//

1

2. Deadline for Defendant to file a reply to the opposition to Defendant's Motion for Summary Judgment (ECF No. 22.) from April 2, 2019 to April 9, 2019.

The parties request this extension due to the recent deposition of a witness and are currently awaiting the transcript to incorporate in the response and reply.

This represents the parties' second request to extend the deadlines for briefing the Motion Summary Judgment (ECF No. 22).

| | |
|---|---|
| Dated: March 1, 2019. | Dated: March 1, 2019. |
| LAW OFFICE OF MARK MAUSERT | ROBISON SHARP SULLIVAN & BRUST |
| | /s/ Clay Brust |
| /s/ Mark Mausert | CLAYTON P. BRUST |
| MARK MAUSERT<br>CODY OLDHAM | Attorneys for Defendant |
| Attorneys for Plaintiff | |

**O R D E R**

IT IS SO ORDERED.

DATED this 5th day of March, 2019.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE