UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KEITH YAMAGUCHI,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>ATLANTIS CASINO RESORT and DOES I-X,<br><br>　　　　　Defendants. | Case No. 3:18-cv-00173-LRH-CBC<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO RESPOND AND REPLY TO MOTION FOR SUMMARY JUDGMENT (Third Request)** |

Pursuant to Local Rule IA 6-1, Plaintiff KEITH YAMAGUCHI, and Defendant ATLANTIS CASINO RESORT by and through their undersigned counsels of record, hereby stipulate and respectfully request an Order granting the Stipulation to extend the following:

1. Deadline for Plaintiff to file an opposition to Defendant's Motion for Summary Judgment (ECF No. 22) from March 12, 2019 to March 26, 2019.

//

//

1

2. Deadline for Defendant to file a reply to the opposition to Defendant's Motion for Summary Judgment (ECF No. 22.) from April 9, 2019 to April 23, 2019.

The parties request this extension due to the recent deposition of a witness and are currently still awaiting the transcript to incorporate in the response and reply.

This represents the parties' third request to extend the deadlines for briefing the Motion Summary Judgment (ECF No. 22).

Dated: March 11, 2019.

LAW OFFICE OF MARK MAUSERT

/s/ Mark Mausert
MARK MAUSERT
CODY OLDHAM

Attorneys for Plaintiff

Dated: March 11, 2019.

ROBISON SHARP SULLIVAN & BRUST

/s/ Clay Brust
CLAYTON P. BRUST

Attorneys for Defendant

IT IS SO ORDERED.

DATED this 12th day of March, 2019.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE