UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

KEITH YAMAGUCHI,

       Plaintiff,

vs.

ATLANTIS CASINO RESORT,
and DOES I-X,

       Defendants.
_____/

**CASE NO.: 3:18-cv-00173-LRH-CBC**

## **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and between the parties, through their respective counsel, that all claims, herein are hereby dismissed with prejudice (including any rights to appeal), and each party hereto waives the allowance of any costs whatsoever, and agrees that judgment may be entered dismissing cause with prejudice without the allowance of

…

…

…

…

1

any costs or attorneys fees to either party, each party to bear its own costs and attorneys fees.

IT IS SO STIPULATED.

Dated this 24th day of October, 2019.　　　　Dated this 24th day of October, 2019.

*/s/ Clayton P. Brust*　　　　　　　　　　　*/s/Mark Mausert*
Clayton P. Brust, Esq.　　　　　　　　　　Mark Mausert, Esq.
Robison, Sharp, Sullivan & Brust　　　　729 Evans Avenue
71 Washington Street　　　　　　　　　Reno, NV 89512
Reno, NV 89503　　　　　　　　　　　　A*ttorney for Plaintiff*
*Attorneys for Defendant*　　　　　　　　*Keith Yamaguchi*
*Atlantis Casino Resort*

## **ORDER**

IT IS SO ORDERED.

DATED this 28th day of October, 2019.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE